IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| All Around Amusement, Inc., | ) | Case No. 05 C 01034 |
| | ) | |
| Debtor/Debtor-in-Possession. | ) | Judge Samuel Der-Yeghiayan |

**FILED MAR 7 2005 WH — MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT**

## NOTICE OF FILING

To: Stephen J. Tasch                    Arthur G. Simon
      Randall V. TeWinkle                Crane Heyman Simon Welch & Clar
      Sheehan & Lower P.C.              135 S. LaSalle St.
      6 Spring Street                          Suite 3705
      Cary, Illinois 60013                    Chicago, Illinois 60603-4297

**PLEASE TAKE NOTICE** that on March 7, 2005, we filed with the Clerk of the Federal District Court for the Northern District of Illinois the attached **Appearance.**

BY: _____
      Allen P. Walker
      Alfred M. Swanson, Jr.
      John A. Goudge

GREENE AND LETTS
Attorneys for Defendant
111 West Washington Street
Suite 1650
Chicago, Illinois 60602
(312) 346-1100

## PROOF OF SERVICE

The undersigned, Derrick Fleming, a non-attorney, hereby certifies that the above mentioned documents were served on the above mentioned parties on March 7, 2005

    ( )    by personal delivery

    ( X )    by placing a copy of same in an envelope properly addressed and stamped and placing envelope in a U.S. Mail Box at 111 West Washington Street, Chicago, Illinois.

_____
Derrick Fleming

SUBSCRIBED AND SWORN TO
before me this 7th day of March, 2005.

_____
Notary Public

"OFFICIAL SEAL"
FRANK C. KAHLER
Notary Public, State of Illinois
My Commission Expires 03/06/2006

GREENE AND LETTS
Attorneys for Defendant
111 West Washington Street
Suite 1650
Chicago, Illinois 60602
(312) 346-1100

X:\ALL AROUND AMUSEMENT\MAJESTIC 111-00004\Case 05 C 1034\PLEADINGS\notice-filing-federal-Appearance 03 07 05.wpd